**Order entered November 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00105-CV

**DEBORAH ANN MOON, Appellant**

**V.**

**CARL JOHN SCHEEF, III, Appellee**

**On Appeal from the 470th Judicial District Court
Collin County, Texas
Trial Court Cause No. 470-55705-2018**

### ORDER

Before the Court is appellee's November 17, 2020 second unopposed motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 21, 2020.

/s/    KEN MOLBERG
       JUSTICE